IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORONA-COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY-SUFFOLK, INC., a corporation; JOSEPH R. PIAZZA, SR., an individual; LAWRENCE P. PIAZZA, SR., an individual; LAWRENCE P. PIAZZA, JR., an individual; STEVEN PIAZZA, an individual,<br><br>Defendants. | CASE NO. 1:03-cv-12317-RGS |

### PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION

Plaintiff CORONA-COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION. hereby dismisses the above-captioned action against Defendants, and each of them, in its entirety, with prejudice.

Respectfully submitted,

CORONA COLLEGE HEIGHTS ORANGE
& LEMON ASSOCIATION
By its attorneys,

DATED: January 5, 2004

VALERIE S. CARTER (B.B.O. 545412)
CARTER & DOYLE, LLP
Russia Wharf West
530 Atlantic Avenue, 3rd Floor
Boston, MA 01940
Telephone:    (671) 348-0525
Facsimile:     (671) 348-0989